# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DATHAN MORRIS,<br><br>        Defendant. | 8:19CR216<br><br>ORDER |

      This matter is before the court on the motion of Assistant Federal Public Defender John J. Velasquez and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Dathan Morris (Filing No. 23). John J. Velasquez represents that the Office of the Federal Public Defender has a conflict of interest in this matter. John J. Velasquez's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 23) is granted.

      Michael J. Tasset, P.O. Box 62, Oakland, Nebraska 68045, (402) 685-5647, is appointed to represent Dathan Morris for the balance of these proceedings pursuant to the Criminal Justice Act. John J. Velasquez shall forthwith provide Michael J. Tasset with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Velasquez which are material to Mr. Morris's defense.

      The clerk shall provide a copy of this order to Michael J. Tasset, and he shall file his appearance forthwith.

      **IT IS SO ORDERED.**

Dated this 5th day of August, 2019.

                                              BY THE COURT:

                                              s/ Susan M. Bazis<br>
                                              United States Magistrate Judge