IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR216 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| DATHAN MORRIS and DYLAN MORRIS | |
| Defendants. | |

This matter is before the court on the government's unopposed Motion to Continue Trial [50]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that government's unopposed Motion to Continue Trial [50] is granted as follows:

1. The jury trial, **as to both defendants**, now set for January 7, 2020, is continued to **February 11, 2020.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than January 6, 2020. The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 31st day of December 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge