IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:19CR216 |
| | ) | |
| vs. | ) | |
| | ) | |
| DATHAN MORRIS and DYLAN MORRIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion to Continue Trial [55]. Based on the reasons set forth in the Government's Joint Motion, the court finds good cause has been show and the motion should be granted. For good cause shown,

**IT IS ORDERED** that the Government's Motion to Continue Trial [55] is granted, as follows:

1. The jury trial, now set for February 11, 2020, is continued to **March 24, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 24, 2020** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would result in a miscarriage of justice and also deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6) (7)(A) & (B)(i) and (iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than February 7, 2020**.** The objecting party must comply with all requirements of NECrimR 59.2.

DATED: February 4, 2020.

BY THE COURT:


s/ Susan M. Bazis
United States Magistrate Judge