IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:19CR216 |
| Plaintiff, | |
| vs. | ORDER |
| DATHAN MORRIS, | |
| Defendant. | |

The defendant appeared before the Court on June 9, 2021 regarding Unopposed Restricted Motion to Reconsider Detention [100]. Jeffrey Thomas represented the defendant. Lecia Wright represented the government.

The Court, being fully advised in the premises, and the motion being unopposed, finds that the Unopposed Restricted Motion to Reconsider Detention [100] should be granted. The defendant shall be released on the current terms and conditions of supervision, which also include the Defendant reporting and residing at Dismas Charities in Sioux City. Defendant shall be released immediately to his family member who shall transport him directly to Dismas Charities.

The defendant made an oral motion to continue his final dispositional hearing. The oral motion is granted. Defendant's final dispositional hearing is continued to September 8, 2021 at 9:00 a.m. before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED**.

Dated this 9th day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge